■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED LEWIS, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ PAUL ROBINSON, Respondent, v. URBANA FALCONI et al., Defendants, and BURKE OLDSMOBILE, INC., Appellant.— Order unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOLOMON CHODOROV, Appellant, against EDWARD DROS, as Warden of the Workhouse, Hart Island, Bronx, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ EAST 68TH STREET GARAGE CORPORATION, Respondent, v. ELIZABETH MEYERSON, Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE VELEZ, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ CYNTHIA J. THARAUD, Individually and as Stockholder of JAMES BROS. REALTY CO., INC., Suing on Behalf of Herself and for the Benefit of Said Corporation and All Other Stockholders of Said Corporation, Appellant, v. JAMES BROS. REALTY CO., INC., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ BOWERY SAVINGS BANK, Appellant, v. RETAIL REALTY, INC., et al., Respondents.— Order and judgment dismissing the amended complaint for insufficiency are unanimously reversed on the law, with costs to appellant, and the motion is denied, with $10 costs. The amended complaint, as a pleading, supplies the defects in the original complaint which was dismissed with leave to replead (8 A D 2d 707). The matter of the payment schedule was not left open — but the parties agreed that it was to be determined to the satisfaction of the bank. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ. [19 Misc 2d 752.]